

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

ANDRE PICKETT                          CIVIL ACTION
          Petitioner                   SECTION "P"
                                       NO. 07-cv-2239
VERSUS

LYNN COOPER, WARDEN                    JUDGE DEE D.  DRELL
   AVOYELLES CORRECTIONAL              MAGISTRATE JUDGE JAMES D. KIRK
   CENTER
          Respondent

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that plaintiff's petition for writ of habeas corpus is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2ND day of December, November, 2009.


                                       DEE D. DRELL
                                  UNITED STATES DISTRICT JUDGE